# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMG & ASSOCIATES, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERIPRIDE SERVICES, INC. a Delaware corporation; CYRIL W. WELCHS; DOES 1 through 25, inclusive, and All Persons Claiming Any Right, Title, Estate, Lien or Interest in the Real Property Described Herein or Any Part Thereof,<br><br>        Defendants. | Case No.: 2:16cv05146 RGK AFM<br><br>Honorable R. Gary Klausner, Ctrm 850<br><br>[**PROPOSED**] JUDGMENT |

Defendant AmeriPride Services, Inc.'s ("Defendant") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment having been filed against Plaintiff AMG & Associates, LLC ("Plaintiff") regarding Plaintiff's two remaining claims on its First Amended Complaint;

The Court having taken Defendant's motion for summary judgment under submission; and

A decision having been duly rendered by the Court on June 9, 2017, after full consideration of all the evidence and legal authorities presented;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff AMG & Associates, LLC take nothing by way of its first amended complaint, that the action be dismissed, with prejudice, on the merits, and that Defendant AmeriPride Services, Inc. recover its costs.

DATED: June 14, 2017

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Respectfully Submitted By:

EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506


By:   */s/ David Jacobs*
      David Jacobs
      Susan Graham
      Attorneys for Defendant
      AMERIPRIDE SERVICES, INC.